531 A.2d 425

ASSOCIATED TOWN "N" COUNTRY BUILDERS, INC., Appellant,

v.

WORKMEN'S COMPENSATION APPEAL BOARD and Virginia Marabito, Widow of Lewis Marabito, Deceased.

Supreme Court of Pennsylvania.

Argued Sept. 22, 1987.

Decided Oct. 8, 1987.

Mark Gordon, Daniel D. Harshman, Pietragallo, Bosick & Gordon, Pittsburgh, for appellant.

Bruce E. Woodske, Beaver, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Order affirmed.

HUTCHINSON, J., did not participate in the consideration or decision of this case.